El Pueblo *v.* Vallecillo.

Apelación procedente de la Corte de Distrito de

Humacao.

No. 68. Resuelto en noviembre 27, 1905.

APELACIÓN.—PLIEGO DE EXCEPCIONES.—RELACIÓN DE HECHOS.—ERRORES MANIFIESTOS.—No habiendo pliego de excepciones, ni relación de hechos, y no apareciendo de los autos que se hubiera cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Hernández, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por Luis Vallecillo contra sentencia de la Corte de Distrito de Humacao, que en causa por delito contra el derecho electoral le condenó en juicio por jurados á pagar una multa de doscientos dollars, ó en su defecto sufrir en la cárcel de dicho distrito doscientos días de prisión, con las costas correspondientes.

No aparece que se alegaran en el juicio excepciones de clase alguna, ni existe pliego de ellas, ni hay escrito de exposición de hechos, ni la parte apelante ha comparecido ante esta Corte Suprema á sostener el recurso mediante alegato de los errores que hayan podido haberse cometido, no habiendo, por tanto, problema jurídico sometido á la decisión de este Tribunal.

Tampoco encontramos en los autos errores fundamentales que puedan ser materia de consideración.

Por las razones expuestas, procede se confirme la sentencia apelada, con las costas á cargo del apelante Luis Vallecillo.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.